IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RE:  JANEY BUSH,                                            CASE NO.: 14-32221-DHW

SSN:  XXX - XX - 0637
                                                            CHAPTER 13
    DEBTOR.

## NOTICE OF APPEARANCE

    Comes now CAITLIN E BOULDIN, an attorney authorized to practice in this Court, and files his notice of appearance on behalf of JPMORGAN CHASE BANK, N.A., pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure.  Please direct all future notices to which JPMORGAN CHASE BANK, N.A., is entitled to:

    Dated this 25th day of August, 2014.

OF COUNSEL:

STEPHENS, MILLIRONS, P.C.                    BY:  /S/ CAITLI E. BOULDIN
120 Seven Cedars Drive                             CAITLIN E BOULDIN, BOU 020
Post Office Box 307                                 Attorney for Movant
Huntsville, Alabama 35804
(256) 382-5500

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon the Debtor, Janey Bush, 737 Spring Valley Rd, Montgomery, AL 36116, the attorney of record for debtor, Joshua C. Milam, Shinbaum & Campbell, 566 S. Perry Street, Montgomery, AL 36104, and the trustee of record for the debtor, Curtis C. Reding, P.O. Box 173, Montgomery, AL 36101, by forwarding a copy of the same to said by U.S. Mail, properly addressed with postage prepaid.

    Dated this 25th day of August, 2014.

                                          /S/ CAITLIN E. BOULDIN
                                          CAITLIN E BOULDIN