IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, MONTGOMERY DIVISION

IN RE: : Chapter: 13
JANEY BUSH :
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　: BANKRUPTCY NO: 14-32221-DHW

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent is:

　　　　　**eCAST Settlement Corporation**
　　　　　**POB 29262**
　　　　　**New York NY 10087 9262**

3. Debtor may have scheduled account as: Citibank, N.A..

　　　　　By: /s/ GILBERT B. WEISMAN
　　　　　　　Gilbert B Weisman, Esquire, PA59872
　　　　　　　Becket & Lee LLP, Attorneys/Agent for Creditor
　　　　　　　POB 3001
　　　　　　　Malvern PA 19355-0701
　　　　　　　PHONE:　(610) 644-7800
　　　　　　　FAX:　　(610) 993-8493
　　　　　　　EMAIL:　notices@becket-lee.com

　　　　　　　DATE:　　01/05/2015

Pet: 08/21/2014

ESF-CBB